AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Beattie B. Ashmore, in his Capacity as Court Appointed Receiver for the Three Hebrew Boys,<br>*Plaintiff*<br>v.<br>Michael Hines and Ruby Hines<br>*Defendants* | Civil Action No.   3:13-1761-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff  Beattie B. Ashmore  recover from the defendants, Michael Hines and Ruby Hines the amount of Eighty-Six Thousand, Six Hundred Eighty-Seven and 76/100  dollars ($86,687.76), plus postjudgment interest at the rate of .11 %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Margaret B. Seymour, Senior United States District Judge.

Date:   October 4, 2013                                              *CLERK OF COURT*

                                                                              s/Mary Deal

                                                              *Signature of Clerk or Deputy Clerk*